UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN ROBINSON AND SELVAM MOORTHY,**<br><br>Plaintiffs, v.<br><br>**BON WOONG (BRIAN) KOO**, *et al.*,<br><br>Defendants. | Case No. 18-cv-3740-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties to the action, by and through their counsel, have advised the Court that, on January 10, 2021, the Arbitrator issued a final award, resolving all matters in arbitration and the parties intend to submit a stipulation of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Dkt. No. 32.) The Court set a compliance deadline for filing of the dismissal by June 11, 2021. (Dkt. No. 33.) No stipulation has been filed as of the date of this Order.

Based on the foregoing, this matter is **DISMISSED** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: June 25, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**